IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02740–PAB–KMT

GARY SALZMAN,

    Plaintiff,

v.

LARRY J. BUTLER, M.D., and
UCH-MHS d/b/a UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL CENTRAL,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Amended Unopposed Motion for Leave to Amend Complaint, Jury Demand, and Certificate of Review (Doc. No. 24, filed Feb. 4, 2015) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Amended Complaint, Jury Demand, and Certificate of Review (Doc. No. 21-1).

Dated: February 17, 2015